# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 25, 2014

## NO. 03-14-00069-CV

**Harlingen Family Dentistry, P.C.; and Trueblood Dental Associates, P.A., Appellants**

**v.**

**Texas Health and Human Services Commission and Office of the Inspector General, Appellees**

### APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the judgment signed by the trial court on January 23, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that old rules 1 Tex. Admin. Code § 371.1703(b)(5) and (6) (2005) (repealed) and current rules 1 Tex. Admin. Code § 371.1709(a) (2), (3), (4) and § 371.1709 (e)(2) are invalid. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.